# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JESSICA DAVIS, ET AL** | **CASE NO. 3:23-CV-01056** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TAMMY LEE, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 26] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motions to Dismiss for Failure to State a Claim Upon Which can be Granted filed by Defendants, the City of Monroe [Doc. No. 12], Judge Tammy Lee [Doc. No. 16], and Elizabeth Brown [Doc. No. 19] are **GRANTED IN PART**, and Plaintiffs Jessica Davis and Thomas Head's claims under federal law only are hereby **DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 12(b)(6).

**IT IS FURTHER ORDERED** that the Motions to Dismiss [Doc. Nos. 12, 16, & 19] otherwise are **DENIED**.

**IT IS FURTHER ORDERED**, **ADJUDGED, AND DECREED** that Plaintiffs' remaining state law claims are hereby **DISMISSED WITHOUT PREJUDICE**. 28 U.S.C. § 1367(c). The case is closed.

MONROE, Louisiana, this 27th day of June 2024.

_____
TERRY A. DOUGHTY